Form 3A
(10/05)

# United States Bankruptcy Court

District Of __Illinois__

In re __John Ronald Cypress__,
       Debtor

Case No. __07-72571__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $_____ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one ☐ With the filing of the petition, or
                          ☒ On or before __11/2/07__
   $ __68.50__   on or before __11/16/07__
   $ __68.50__   on or before __11/30/07__
   $ __68.50__   on or before __12/7/07__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____        _/s/ John Ronald Cypress_   __10/23/07__
Signature of Attorney         Date               Signature of Debtor          Date
                                                 (In a joint case, both spouses must sign.)

_____                      _____   _____
Name of Attorney                                 Signature of Joint Debtor (if any)   Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 2 3 2007

KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re  John Ronald Cypress,
　　　　　Debtor

Case No. 07-72571

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
　　　　　　　　　　　　　☐ On or before _____ _____

$ _____ on or before _____ _____ _____ _____ ____

$ _____ on or before ___ _____ _____ _____ _____

$ _____ on or before _____ _____ _____ _____

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date: 10/23/2007

_United States Bankruptcy Judge_