# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHN R. CYPRESS                                       Case Number: 07-72571
2352 OHIO PARKWAY                SSN-xxx-xx-8322
ROCKFORD, IL  61108

                                                              Case filed on:       10/23/2007
                                                              Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JOHN R. CYPRESS (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

                                                                /s/ Lydia S. Meyer
                                                             Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008              By  /s/Heather M. Fagan